Phyl Grace, Esq. CA State Bar No. 171771
CENTER FOR DISABILITY ACCESS
P.O. Box 262490
San Diego, CA 92196-2490
Telephone:     (858) 375-7385
Facsimile:     (888) 422-5191

Attorney for Plaintiff
Scott Johnson

John D. Montague, CA State Bar No. 71994
MONTAGUE & VIGLIONE
1500 River Park Drive, Suite 110
Sacramento, California 95815
Telephone:     (916) 929-5018
Facsimile:     (916) 929-8967

Attorney for Defendants
Toni U Silvera and Dennis Roger Pfanner

# UNITED STATED DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON,** | CASE NO.  2:13-CV-01093-LKK-DAD |
| **Plaintiff,** | |
| v. | **STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT AND ORDER THEREON** |
| **TONI U SILVERA, in his individual and representative capacity as Trustee, Beverly Upham Family Trust; DENNIS ROGER PFANNER dba Sacramento Pro Tackle; and Does 1-10,** | |
| **Defendants** | |

    IT IS HEREBY STIPULATED between counsel for Plaintiff and counsel for Defendants that the Defendants' time within which to answer Plaintiff's complaint is extended to and including September 6, 2013 to permit Defendants' time to complete inspection of the real property that is

Johnson v. Silvera
Stipulation  to Extend Time to Answer

1

the subject of the complaint by their consultant, and to complete negotiations with Plaintiff for the early settlement of this matter.

This Stipulation may be executed in two or more counterparts, each of which together shall be deemed an original, but all of which together shall constitute one and the same instrument. In the event that any signature is delivered by facsimile transmission or by e-mail delivery of a ".pdf" format data file, such signature shall create a valid and binding obligation of the party executing (or on whose behalf such signature is executed) with the same force and effect as if such facsimile or ".pdf" signature page were an original thereof.

IT IS SO STIPULATED

DATED:  8/2/2013          _/s/Phyl Grace_____
                          PHYL GRACE,
                          Attorney for Plaintiff


DATED:  8/5/2013          _/s/John D. Montague_____
                          JOHN D. MONTAGUE
                          Attorney for Defendants

## **STIPULATED ORDER**

The Court, having received and considered the Stipulation of the parties to extend time to answer complaint, ORDERS:

1. The Defendants' time within which to answer Plaintiff's complaint is extended to and including September 6, 2013 to permit Defendants' time to complete inspection of the real property that is the subject of the complaint by their consultant and to complete negotiations with Plaintiff for the early settlement of this matter.

IT IS SO ORDERED


DATED:  August 12, 2013.

                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT

2

Johnson v. Silvera
Stipulation to Extend Time to Answer