CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr., SBN 111282
Phyl Grace, Esq., SBN 171771
Christopher Seabock, SBN 279640
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

MONTAGUE & VIGLIONE
John D. Montague
1500 River Park Dr., Suite 110
Sacramento, CA 95815
Phone: (916) 929-5018
Fax: (916) 929-8967

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Toni U Silvera**, in his individual and representative capacity as Trustee, Beverly Upham Family Trust; **Dennis Roger Pfanner** dba Sacramento Pro Tackle; and Does 1-10, <br><br> Defendants | **Case No.** 2:13-CV-01093 LKK (DAD) <br><br> **Order to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP_ Pursuant to Local Rule 271** |

**Order**

1

Joint VDRSP Stipulation

1. Having read the forgoing stipulation it is hereby ordered that this case be referred to the Voluntary Dispute Resolution Program.

IT IS SO ORDERED.

Date: August 12, 2013.

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```