UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>TONI U SILVERA, in his individual and representative capacity as Trustee, Beverly Upham Family Trust; DENNIS ROGER PFANNER dba Sacramento Pro Tackle, and DOES 1-10,<br><br>    Defendants. | No.  CIV. S-13-1093 LKK/DAD<br><br>**ORDER** |

The parties have filed a stipulation seeking dismissal of this action with prejudice. (ECF No. 20-1.) The stipulation provides that "[t]he court shall retain jurisdiction over all disputes between (among) the parties arising out of the settlement agreement, including but not limited to interpretation and enforcement of the terms of the settlement agreement." The parties appear not to have filed the referenced settlement agreement with the court. The court refuses to retain jurisdiction over a settlement agreement that it has had no

1

opportunity to review. Accordingly, the court DECLINES to enter the proposed order.

The court further notes that, on March 17, 2014, it rejected a proposed order filed by plaintiff's counsel Mark D. Potter and Raymond G. Ballister, Jr. in a separate case, no. 13-cv-02351-LKK-AC, for precisely these reasons. The stipulation therein contained the same language and the parties had similarly failed to submit the referenced settlement agreement with the court. Messrs. Potter and Ballister are hereby WARNED that they will be subject to substantial sanctions if they file any future stipulations calling on the court to retain jurisdiction over unfiled settlement agreements.

IT IS SO ORDERED.

DATED: April 4, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT